UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L&L WINE AND LIQUOR CORP.,

    Plaintiff,

v.                                                                                    Case No. 05-71487

ROBERT MONDAVI WINERY,
FRANCISCAN VINEYARDS, INC., and                       HONORABLE AVERN COHN
CANADAIGUA WINE,

    Defendants.

_____/

## ORDER

    This is an action for declaratory judgment and injunctive relief.  The matter was tried to the Court.  For the reasons stated on the record on August 25, 2005, injunctive relief is DENIED.

    SO ORDERED.

Dated:  August 25, 2005

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, August 25, 2005, by electronic and/or ordinary mail.

       s/Julie Owens
       Case Manager, (313) 234-5160