UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L&L WINE AND LIQUOR CORP.,

    Plaintiff,

v.                                        Case No. 05-71487

ROBERT MONDAVI WINERY,
FRANCISCAN VINEYARDS, INC., and    HONORABLE AVERN COHN
CANADAIGUA WINE,

    Defendants.

_____/

## ORDER DENYING STAY

This case raised the question of a supplier's right to terminate a distributor. Plaintiff's claim for injunctive relief was tried to the Court. On August 25, 2005, the Court denied plaintiff's request for injunctive relief.

Before the Court is plaintiff's motion for a stay of the Court's August 25, 2005 order until an appeal is taken and while an appeal is pending.

For the reasons stated on the record at the hearing on September 1, 2005, the motion is DENIED.

SO ORDERED.

Dated: September 1, 2005

                                                s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE