UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


L&L WINE AND LIQUOR CORP.,


      Plaintiff,

v.                                                                    Case No. 05-71487

ROBERT MONDAVI WINERY,
FRANCISCAN VINEYARDS, INC., and                HONORABLE AVERN COHN
CANADAIGUA WINE,

      Defendants.

_____/

## ORDER DISMISSING CASE

      This case raised the question of a supplier's right to terminate a distributor.

Plaintiff's complaint alleged the following claims (1) that defendants violated several

sections of the Wine Franchise Act, M.C.L. § 436.1305 (the Act) in seeking to terminate

plaintiff, (2) that defendants breached the parties' contract by terminating plaintiff, (3)

that defendant tortiously interfered with plaintiff's business relationships and

expectations because other parties had learned of the termination, (4) a declaratory

ruling as to the scope of plaintiff's territory.  Plaintiff sought money damages and

injunctive relief.  The basic dispute centered around the scope of plaintiff's sales

territory.

      Plaintiff's claim for injunctive relief was tried to the Court.  On August 25, 2005,

the Court denied plaintiff's request for injunctive relief directed toward prohibiting

defendant from terminating the distributorship relationship between the parties due to

plaintiff's breach.  This determination included a finding that defendant had good cause

to terminate plaintiff as a distributor.  Plaintiff now argues it has a right to go to trial on

its claim for damages.  In light of the Court's determination in its August 25, 2005

decision, plaintiff has no claims for violation of the Act, for breach of contract, or for

tortious interference.  As fully detailed in defendants' papers, the August 25, 2005

decision necessarily and explicitly rejected all of plaintiff's claims.  As such, this case is

at an end and is DISMISSED.

     SO ORDERED.


         __s/Avern Cohn_____
              AVERN COHN
Dated: November 10, 2005    UNITED STATES DISTRICT JUDGE
     Detroit, Michigan